UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:19-CR-03-KKC-EBA    At Lexington    Date November 21, 2024

USA vs. Dominique Jamar McCann    x present   x custody   ___ bond   ___ OR   Age ___

PRESENT:    HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Lauren Gootee | None | Cynthia T. Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  John C. Helmuth    x present    ___ retained    x appointed

PROCEEDINGS: **ALLOCUTION AND SENTENCING ON SUPERVISED RELEASE VIOLATIONS**

Parties appeared as noted. United States Probation Officer Michael Raccuia also was present. Defense counsel requested inpatient substance abuse treatment. The Court heard statements of counsel and the defendant allocated.

The Court, being sufficient advised, ORDERED AS FOLLOWS:

1. The Court ADOPTS the Recommended Disposition (DE #41) and GRANTS the oral motion to dismiss Violation Nos. 4 and 6, without prejudice.

2. The Court REVOKES the defendant's supervised release. A separate Revocation Judgment will be issued. The Court ADOPTS the recommended sentence of 8 months imprisonment, with 60 months of supervised release to follow, less the time spent incarcerated. The Court will impose the same terms of supervised release, originally imposed, along with the addition that the defendant shall be placed in an inpatient substance abuse treatment program immediately upon release from imprisonment.

3. The Court orally advised the defendant of his appellate rights.

4. The defendant is remanded to the custody of the United States Marshal Service.

Copies: COR, USP, USM
Initials of Deputy Clerk  gld
TIC: 11 min